STATE of Missouri, Respondent,

v.

George ALDRIDGE, Appellant.

No. 82541.

Missouri Court of Appeals,
Eastern District,
Division Three.

Dec. 16, 2003.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Feb. 26, 2004.

Nancy A. McKerrow, Columbia, MO, for
appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen.,
Stephanie Morrell, Jefferson City, MO, for
respondent.

Before CLIFFORD H. AHRENS, P.J.,
WILLIAM H. CRANDALL JR., J., and
LAWRENCE E. MOONEY, J

### ORDER

George Aldridge ("Aldridge") appeals
the judgment on his conviction by a jury of
three counts of statutory sodomy in the
first degree. Aldridge contends that the
trial court erred in the admission of cer-
tain testimony, as it was cumulative and
invaded the province of the jury. He also
claims that the trial court erred in failing
to declare a mistrial, *sua sponte,* based
upon alleged prosecutorial misconduct.

Finally, Aldridge asserts that his sentences were excessive.

We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment of the trial court is affirmed in accordance with Rule 30.25(b).